```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099
```

FILED

JUN 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:09-CR-00221-OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO UNSEAL INDICTMENT |
| vs. | ) | AND ORDER |
| | ) | |
| MEHARIE KIDANE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America hereby moves this court for an order unsealing the Indictment as to Meharie Kidane. The reason for the unsealing is that the defendant has been arrested.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 30, 2009        By  /s/ Kimberly Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney

1

1 | **ORDER**

2 IT IS HEREBY ORDERED that the Indictment be unsealed and made
3 public record.
4 DATED: 6/30/09

_____
United States Magistrate Judge